# EXHIBIT A



AliCare
Third Party Administrator

Floyd Zaremba
Audit Supervisor
333 Westchester Avenue
White Plains, NY  10604

P: 914 367-4223
F: 914 367-2223
Email: fzaremba@amalgamatedlife.com

May 2, 2017

Donna Hourigan, HR
FDR Services Corp. of New York
44 Newmans Court
Hempstead, NY 11550

Account #: 1037816
Bill: #17LF20
Period: 10/01/13-9/30/16
Amount: $45,783.78
WF#: 1797414
**Due Date: 6/15/2017**

Dear Ms. Hourigan:

Enclosed you will find a copy of our "Preliminary Summary of Audit Findings" for the Laundry Retirement, Drivers' Supplemental Retirement and the Legal & Educational Funds contributions. This is based on our audit of your firm's books and records for the period listed above. The amount due is attributable to the following:

- No trial period on % of payroll
- Unreported employees

Below is the breakdown of the audit bill:

| Fund | Principal | Interest | Liquidated Damages | Total amount Due |
|---|---|---|---|---|
| Retirement | $26,621.16 | $3,918.57 | $5,324.23 | $35,863.96 |
| Legal & Educ. | 7,363.30 | 1,083.86 | 1,472.66 | 9,919.82 |
| Total amount Due | $33,984.46 | $5,002.43 | $6,796.89 | $45,783.78 |

Unless the findings are disputed in writing by the 31st of May 2017, the findings will become final and payment will be due in full by the 15th of June, 2017. If payment is received by the due date, Liquidated Damages will be waived.

we work for working people

Page 2

FDR Services Corp of New York

This Preliminary Summary of Audit Findings does not include payments in transit, amounts previously billed, including but not limited to: prior audit bills, billing shortages, related interest, late fees, liquidated damages or attorney fees.

In the unlikely event that subsequent evidence is produced, indicating that additional contributions are owed to the Fund within this audit period, the Fund reserves the right to reinvestigate and retroactively bill your account for cause.

Thank you for your anticipated cooperation regarding this matter, I can be reached at 914-367-4223.

Sincerely,


Floyd Zaremba
Audit Supervisor



C: Wilfredo Larancuent, Manager, Laundry, Distribution & Food Services Joint Board
   David Sapp, Executive Director, Litigation Counsel
   Timothy Clark, Vice President, Collections Department

Page 1 of 1

**Alicare, Inc.**
**AUDIT FINDINGS**

BILL: 17LF20

TO: FDR Services Corp of New York
44 Newmans Court
Hempstead, NY 11550

Date: 05/02/17
Firm #: 1037816

Audit Period: 10/01/13 09/30/16
Remitted Thru: 12/31/15
Interest: 1.00% Per Month

| LINE # | DESCRIPTION | PERIOD FROM | THRU | CHARGEABLE | REPORTED | NOT REPORTED | RATE | FUNDS DUE | # OF MO. | INTEREST & LIQ. DAMAGES RATE | INTEREST & LIQ. DAMAGES DUE | TOTAL DUE FUNDS + INTEREST + LIQ. DAMAGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RETIREMENT | 10/01/13 | 12/31/13 | $ 978,145.14 | $ 960,620.55 | $ 17,524.59 | 2.35% | $ 411.83 | 39 | 0.39000 | $ 160.61 | $ 572.44 |
| 2 | " | 01/01/14 | 12/31/14 | $ 5,175,442.96 | $ 4,868,966.57 | $ 306,476.39 | 2.35% | $ 7,202.20 | 27 | 0.27000 | $ 1,944.59 | $ 9,146.79 |
| 3 | " | 01/01/15 | 12/31/15 | $ 5,529,279.44 | $ 5,211,105.57 | $ 318,173.87 | 2.35% | $ 7,477.09 | 15 | 0.15000 | $ 1,121.56 | $ 8,598.65 |
| 4 | " | 01/01/16 | 09/30/16 | $ 4,638,086.58 | $ 4,147,446.59 | $ 490,639.99 | 2.35% | $ 11,530.04 | 6 | 0.06000 | $ 691.80 | $ 12,221.84 |
| | **Subtotal for Retirement** | | | $ 16,320,954.12 | $ 15,188,139.28 | $ 1,132,814.84 | | $ 26,621.16 | | | $ 3,918.57 | $ 30,539.73 |
| 7 | **LEGAL & EDUCATION** | 10/01/13 | 12/31/13 | $ 978,145.14 | $ 960,620.55 | $ 17,524.59 | 0.65% | $ 113.91 | 39 | 0.39000 | $ 44.42 | $ 158.33 |
| 8 | " | 01/01/14 | 12/31/14 | $ 5,175,442.96 | $ 4,868,966.57 | $ 306,476.39 | 0.65% | $ 1,992.10 | 27 | 0.27000 | $ 537.87 | $ 2,529.97 |
| 8 | " | 01/01/15 | 12/31/15 | $ 5,529,279.44 | $ 5,211,105.57 | $ 318,173.87 | 0.65% | $ 2,068.13 | 15 | 0.15000 | $ 310.22 | $ 2,378.35 |
| 9 | " | 01/01/16 | 09/30/16 | $ 4,638,086.58 | $ 4,147,446.59 | $ 490,639.99 | 0.65% | $ 3,189.16 | 6 | 0.06000 | $ 191.35 | $ 3,380.51 |
| | **Subtotal for Legal & Educational** | | | $ 16,320,954.12 | $ 15,188,139.28 | $ 1,132,814.84 | | $ 7,363.30 | | | $ 1,083.86 | $ 8,447.16 |
| 13 | Liquidated Damages on Retirement | 10/01/13 - 09/30/16 | | | | $ 26,621.16 | | | | 20% | $ 5,324.23 | $ 5,324.23 |
| 14 | Liquidated Damages on Legal & Educational | 10/01/13 - 09/30/16 | | | | $ 7,363.30 | | | | 20% | $ 1,472.66 | $ 1,472.66 |
| | **Subtotal for Liquidated Damages** | | | | | | | | | | $ 6,796.89 | $ 6,796.89 |

| | TOTAL FUNDS DUE | TOTAL INTEREST & LIQ. DAMAGES DUE | TOTAL DUE FUNDS + INTEREST + LIQ DAMAGES |
|---|---|---|---|
| | $ 33,984.46 | $ 11,799.32 | $ 45,783.78 |

Please issue check and mail with copy of this invoice to:

Laundry, Dry Cleaning Workers & Allied Industries
Health, Retirement & Education & Legal Funds
P.O. BOX 5436
WHITE PLAINS, NY 10602-5436