UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE LAUNDRY, DRY       :
CLEANING WORKERS AND ALLIED        :
INDUSTRIES RETIREMENT FUND,        :
WORKERS UNITED; and TRUSTEES OF    :
THE LAUNDRY AND DRY CLEANING       :
WORKERS EDUCATION AND LEGAL        :
ASSISTANCE FUND,                   :
               Plaintiffs,         :
v.                                 :
                                   :
FDR SERVICES CORP. OF NEW YORK,    :
               Defendant.          :
------------------------------------------------------------x

**ORDER**

17 CV 8353 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-24

       The Court has been advised that the parties have settled this matter. (Doc. #97). Accordingly, it is HEREBY ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 24, 2024. To be clear, any application to restore the action must be filed by October 24, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

       The Clerk is instructed to close this case.

Dated: September 9, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge